FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

**AUG 2 5 2010**

U.S. MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | *10 - CR - 252* |
| ) | Case No. 2:10M2308-001 |
| **v.** ) | |
| ) | |
| **TRENTON J. SPEER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about August 24, 2010, within the exterior boundaries of Yellowstone National Park,

in the District of Wyoming the Defendant, TRENTON J. SPEER, did knowingly and intentionally

possess a controlled substance, to-wit: Marijuana.

In violation of 21 U.S.C. § 844.

### COUNT TWO

On or before August 24, 2010, within the exterior boundaries of Yellowstone National Park,

in the District of Wyoming the Defendant, TRENTON J. SPEER, did knowingly and intentionally

deliver a controlled substance, to-wit: Marijuana.

In violation of 36 C. F. R. § 2.35 (b)(1).

Dated this 25th day of August, 2010.

CHRISTOPHER A. CROFTS
United States Attorney

By:

FRANCIS LELAND PICO
Assistant United States Attorney